**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA ELENA MIRANDA RODRIGUEZ aka ADELA JIMENEZ; PABLO DIAZ aka ROBERT KRAGNEST; DALILA GONZALEZ; and ROCIO CORREA; and ALL INDIVIDUAL PLAINTIFFS ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY SITUATED NON-EXEMPT CURRENT AND FORMER EMPLOYEES,<br><br>        Plaintiffs,<br>  v.<br><br>MOARK LLC; McANALLY ENTERPRISES LLC; NORCO RANCH LLC; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:15-cv-05242-ODW (PJWx)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT [26]** |

1  In light of the Notice of Settlement (ECF No. 26.), the Court hereby **ORDERS**
2  the parties **TO SHOW CAUSE**, in writing, by March 7, 2016, why settlement has not
3  been finalized.  No hearing will be held.  All other dates and deadlines in this action
4  are **VACATED** and taken off calendar.  The Court will discharge this Order upon the
5  filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

6

7  **IT IS SO ORDERED.**

8

9  February 2, 2016

10

11  _____
12          **HON. OTIS D. WRIGHT, II**
       **UNITED STATES DISTRICT JUDGE**