1  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   JULLIE Z. LAL (Cal. State Bar No. 279067)
2  JUSTIN M. SCOTT (Cal. State Bar No. 302502)
3  PAUL HASTINGS LLP
   55 Second Street, 24th Floor
4  San Francisco, California  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100
6  jeffwohl@paulhastings.com
   jullielal@paulhastings.com
7  justinscott@paulhastings.com

8  Attorneys for Defendants
   Moark, LLC, McAnally Enterprises, LLC, and Norco Ranch LLC
9

10              UNITED STATES DISTRICT COURT        JS-6
11                CENTRAL DISTRICT OF CALIFORNIA
12

13 | ROSA ELENA MIRANDA RODRIGUEZ aka ADELA JIMENEZ; PABLO DIAZ aka ROBERT KRAGNEST; DALILA GONZALEZ; and ROCIO CORREA; ALL INDIVIDUAL PLAINTIFFS ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY SITUATED NON-EXEMPT FORMER AND CURRENT EMPLOYEES, | No. 2:15-cv-05242-ODW (PJWx) |
|---|---|
|   | **ORDER GRANTING STIPULATION OF DISMISSAL** |
|   | Judge:    Hon. Otis D. Wright |
| Plaintiffs, | |
| vs. | |
| MOARK  LLC; McANALLY ENTERPRISES, LLC; NORCO RANCH LLC; and  DOES 1 through 100, inclusive, | |
| Defendants. | |

1  The Court having previously dismissed the claims of plaintiff Dalia Gonzales (erroneously named in the complaint as "Dalila Gonzalez"), leaving only the claims of plaintiffs Rosa Elena Miranda Rodriguez, Pablo Diaz, and Rocio Correa for adjudication, and the parties having now stipulated that the claims of Rodriguez, Diaz, and Correa be dismissed, and good cause appearing therefor,

IT IS ORDERED that all individual claims of plaintiffs Rodriguez, Diaz, and Correa be and hereby are DISMISSED WITH PREJUDICE, and the class claims of plaintiffs Rodriguez, Diaz, and Correa be and hereby are DISMISSED WITHOUT PREJUDICE, each side to bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that this now concludes this action and it be and hereby is DISMISSED IN ITS ENTIRETY.

Dated: February 26, 2016.

_____
Otis D. Wright
United States District Judge